## STATE EX REL. RAILROAD AND WAREHOUSE COMMISSION v. GREAT NORTHERN RAILWAY COMPANY, CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY AND MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY COMPANY.[1]

### Nos. 25,663, 25,665 and 25,666.

*W. E. Hustleby* and *Ivan Bowen*, for appellant.

*R. J. Hagman, Richard L. Kennedy* and *A. H. Lassow*, for respondents.

PER CURIAM.

The opinion in State ex rel. Railroad and Warehouse Commission v. Northern Pacific Railway Company, supra, page 393, disposes of all questions presented by these appeals. Following the decision in that case, the judgments appealed from are affirmed.

[1]Reported in 210 N. W. 402, 403.